# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| **CAROLYN SUMMERS, et al.**, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-04044-MDH |
| | ) | |
| **SECOND CHANCE HOMES** | ) | |
| **OF FULTON, et al.**, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANTS KAUFMANN, KEIPP, LOVE, ALLEN, AND LOVE

COME NOW the parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal with prejudice of Defendants Julia Kaufmann, Tiffany Keipp, Robin Rees-Love, and Karen Digh Allen. Each party to bear their own taxable court costs, expenses and attorney's fees.

Respectfully submitted,

CARSON & COIL, P.C.

_____
Gabriel E. Harris      MO66461
R.L. Veit      MO28213
515 East High Street, P.O. Box 28
Jefferson City, Missouri 65102
Phone: 573-636-2177
Fax: 573-636-7119
Gabe.H@carsoncoil.com
Rudy.V@carsoncoil.com
**ATTORNEYS FOR PLAINTIFFS**

1

| WIEDNER & MCAULIFFE | BARKLAGE, BRETT & HAMILL, P.C. |
|---|---|
| /s/ *C. Zachary Vaughn* | /s/ *Joel D. Brett* |
| C. Zachary Vaughn    MO56408<br>8000 Maryland Ave., Ste. 550<br>Clayton, Missouri 63105<br>Telephone: (314) 721-3400<br>Facsimile: (314) 725-5755<br>czvaughn@wmlaw.com<br>**ATTORNEYS FOR DEFENDANTS SECOND CHANCE HOMES, LLC, AND RACHEL ROWDEN** | Joel Brett    MO33471<br>211 North Third Street<br>St. Charles, MO 63301<br>Phone: (636) 949-2120<br>Fax: (636) 949-8786<br>jbrett@Barklage-Brett.com<br>**ATTORNEYS FOR DEFENDANT TIFFANY KEIPP** |
| SANDBERG PHOENIX & VON GONTARD, P.C. | VESSELL BRIDGES MURPHY |
| /s/ *Jonathan Ries* | /s/ *Ross Bridges* |
| Jonathan Ries    MO25843<br>600 Washington Avenue<br>15th Floor<br>St. Louis, MO 63101<br>Phone: 314-446-4263<br>jries@sandbergphoenix.com<br>**ATTORNEYS FOR DEFENDANTS SHERRY PAULO AND ANTHONY FLORES, SR.** | Ross A. Bridges    MO62762<br>3901 S. Providence Rd., Suite D<br>Columbia, MO 65203<br>Phone: 573-777-4488<br>Fax: 573-777-4489<br>ross@vbmlaw.com<br>**ATTORNEYS FOR DEFENDANT CALLAWAY COUNTY PUBLIC ADMINISTRATOR'S OFFICE AND KAREN DIGH ALLEN** |
| BERRY WILSON, LLC | CORONADO KATZ, LLC |
| /s/ *Marshall Wilson* | /s/ *Christopher Heigle* |
| Marshall Wilson    MO38201<br>235 E. High Street<br>Jefferson City, MO 65101<br>Phone: (573) 638-7272<br>Fax: (573) 638-2693<br>marshallwilson@berrywilsonlaw.com<br>**ATTORNEYS FOR DEFENDANTS CALLAWAY COUNTY SPECIAL SERVICES AND JULIA KAUFMANN** | Christopher L. Heigele    MO45733<br>14 West Third Street, Suite 200<br>Kansas City, MO 64105<br>(816) 410-6600<br>chris@coronadokatz.com<br>**ATTORNEYS FOR DEFENDANT ROBIN REES-LOVE** |

| | |
|---|---|
| TGH LITIGATION LLC | SCHREIMANN, RACKERS & FRANCKA |
| ____/s/ J. Andrew Hirth_____ | _____/s/ Christopher P. Rackers_____ |
| J. Andrew Hirth          MO57807 | Christopher P. Rackers     MO41894 |
| 913 E Ash St | 931 Wildwood Drive, Suite 201 |
| Columbia, MO 65201 | Jefferson City, MO 65109 |
| 573-256-2850 | 573-634-7580 |
| 573-213-2201 (fax) | Fax: 573-635-6034 |
| andy@tghlitigation.com | cpr@srfblaw.com |
| **ATTORNEYS FOR DEFENDANT MELISSA DELAP** | **ATTORNEYS FOR DEFENDANT KAREN DIGH ALLEN** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2018, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

_____
Gabriel E. Harris          MO66461