# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

CAROLYN SUMMERS, et al., )
)  Case No. 2:18-cv-04044-MDH
    *Plaintiffs*, )

## MEMORANDUM OF RECEIPT OF SETTLEMENT PROCEEDS

The undersigned, Carol Samson, as next friend of Plaintiff Carolyn Summers, does hereby acknowledge receipt of the settled sums as outlined in the Settlement Agreement and Release (Doc. 177, Ex. 1) and Settlement and Release of All Claims (Doc. 177, Ex. 2), and further that the payment of fees and expenses, as well as the distribution of proceeds, have occurred in accordance with this Court's judgment.

_____
CAROL SAMSON

Respectfully submitted,

CARSON & COIL, P.C.

_____
Gabriel E. Harris     MO66461
R.L. Veit     MO28213
515 East High Street, P.O. Box 28
Jefferson City, Missouri 65102
Phone: 573-636-2177
Fax: 573-636-7119
Gabe.H@carsoncoil.com
Rudy.V@carsoncoil.com

**ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent through the Courts eFiling system on January 10, 2019, to: all parties of record.

                                         /s/ Gabriel E. Harris
                                         Gabriel E. Harris      MO66461

2

Case 2:18-cv-04044-MDH   Document 178   Filed 01/11/19   Page 2 of 2